PROB 12B
(7/93)

# United States District Court

for the    CR-05-2135-EFS

### Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 28 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Lesa Ann Hull | Case Number: TBD |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley | |
| Date of Original Sentence: 1/13/2004 | Type of Supervision: Probation |
| Original Offense: Misprison of a Felony, 18 U.S.C. § 4 | Date Supervision Commenced: 1/13/2004 |
| Original Sentence: Probation - 60 Months | Date Supervision Expires: 1/12/2009 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

18    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

19    You shall provide verification of all prescribed medications to your supervising probation officer. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

### CAUSE

According to the Yakima Police Department narrative repot, on August 24, 2005, Ms. Hull submitted a prescription to Rosauers Pharmacy that had been alerted. The ink was a different color on the number "1" of Percocet and Robaxin from 60 to 160. According to the police report, the pharmacy made contact with Ms. Hull's doctor who confirmed the prescription was written for 60 on both. The doctor then requested the prescription not be filled.

The police officer made contact with Ms. Hull regarding the altered prescription to which she stated she had no idea how the number was changed nor did she have knowledge of who did. Ms. Hull further stated the prescription had been written for a greater quantity in the past and she is currently reducing her daily use. She also indicated that she has been taking this medication for serval months for a lingering injury.

Prob 12B
Re: Hull, Lesa Ann
November 18, 2005
Page 2

                                                      Respectfully submitted,

                                    by
                                              Jose Zepeda
                                              U.S. Probation Officer
                                              Date: November 18, 2005

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

                                              Signature of Judicial Officer

                                              11/28/05
                                              Date

Prob 12B